TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

 JUDGMENT RENDERED June 6, 2019

 NO. 03-18-00298-CV

 Appellants, Susan Lewis King and Austin King, M.D.//
 Cross-Appellant Ken Paxton, Attorney General of Texas

 v.

 Appellees, Ken Paxton, Attorney General of Texas; and The City of Abilene,
 Texas//
 Cross-Appellees, Susan Lewis King and Austin King, M.D.

 APPEAL FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
 BEFORE Justices Goodwin, Baker, Triana
 AFFIRMED IN PART; REVERSED AND RENDERED IN PART --
 OPINION BY Justice Triana;
 CONCURRING AND DISSENTING OPINION BY JUSTICE GOODWIN

This is an appeal from the summary judgmentjudgment signed by the trial
court on April 3, 2018. Having reviewed the record and the parties’
arguments, the Court holds that there was reversible error in the court’s
judgment. Therefore, this Court reverses in part the district court’s
summary judgment and renders judgment that the City of Abilene withhold
additional information from disclosure, specifically: (1) the audio
recording of the “S_____MVR,” beginning at 00:20:35 and continuing until
the end of the recording; (2) the audio recording of the “J_____MVR,”
beginning at 00:20:15 and continuing until 02:13:00; and (3) the portions
of the police incident reports that reference the Kings’ marriage and
family relationships, as indicated on pages 27–28 of this opinion. We
affirm the district court’s summary judgment in all other respects. The
parties each shall bear one-half the costs relating to this appeal, both in
this Court and in the court below.